GREENBERG TRAURIG, LLP
Kurt A. Kappes, CA Bar No. 146384
kappesk@gtlaw.com
Matthew L. Reagan, CA Bar No. 261832
reaganma@gtlaw.com
1201 K Street, Suite 1100
Sacramento, California 95814
Telephone: (916) 442-1111
Facsimile: (916) 448-1709

ANDERSON & KARRENBERG
Thomas R. Karrenberg (*admitted pro hac vice*)
tkarrenberg@aklawfirm.com
Heather M. Sneddon (*admitted pro hac vice*)
hsneddon@aklawfirm.com
Samantha J. Slark (*admitted pro hac vice*)
sslark@aklawfirm.com
50 West Broadway, Suite 700
Salt Lake City, Utah 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

Attorneys for Defendant
KARMA TECHNOLOGIES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD TECHNOLOGIES, INC., | Case No. 3:11-CV-04621 (EDL) |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME FOR KARMA TECHNOLOGIES, LLC TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT |
| v. | |
| NCV SOFTWARE.com, an entity of unknown form; METRO NATIONAL FINANCIAL, LLC, a Utah limited liability company, KARMA TECHNOLOGIES, LLC, a Utah limited liability company, JOHN DAVID BIGGERS, an individual, RODNEY NEWMAN, an individual, RICHARD PETER STEVES, an individual, RICHARD FRANK, an individual, and DOES 1-50, | |
| | Date: December 13, 2011 |
| | Time: 2:00 p.m. |
| | Dept./Place: Courtroom E – 15th Floor |
| | Judge: Magistrate Judge Elizabeth D. Laporte |
| Defendants. | |

Defendant Karma Technologies, LLC ("Karma"), by and through its undersigned counsel, hereby requests an extension of time to file a reply memorandum in support of its Motion to Dismiss or, in the Alternative, for More Definite Statement (the "Motion to Dismiss").

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME FOR KARMA TECHNOLOGIES, LLC TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR MORE DEFNIITE STATEMENT

Case No. 3:11-CV-04621-EDL
Page 1

1  The reply is currently due on Wednesday, November 23, 2011 (the day before Thanksgiving),
2  and Karma requests an extension until November 30, 2011.
3      As set forth in the Declaration of Heather M. Sneddon, filed concurrently herewith,
4  Karma requests the foregoing extension in light of the Thanksgiving holiday and the previously-
5  scheduled family vacations of its attorneys. Karma has not previously requested an extension of
6  time by stipulation or through Court order. In addition, because the hearing on Karma's Motion
7  to Dismiss is not scheduled until December 13, 2011, the filing of Karma's reply memorandum
8  by November 30, 2011 should not affect the schedule in this case. Finally, Plaintiff Bradford
9  Technologies, LLC, through its undersigned counsel, stipulates to Karma's requested extension.
10     Accordingly, Karma respectfully requests that it be granted an extension until November
11 30, 2011 to file a reply memorandum in support of its Motion to Dismiss.

Respectfully submitted,

DATED: November 22, 2011    GREENBERG TRAURIG, LLP

By: /s/ Matthew L. Reagan

- and -

ANDERSON & KARRENBERG
Thomas R. Karrenberg
Heather M. Sneddon
Samantha J. Slark

Attorneys for Defendant
KARMA TECHNOLOGIES, LLC

Stipulated:

DATED: November 22, 2011    THE HERITAGE LAW GROUP, P.C.

By: /s/ Roger D. Wintle

Attorneys for Plaintiff
BRADFORD TECHNOLOGIES, INC.

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR    Case No. 3:11-CV-04621-EDL
EXTENSION OF TIME FOR KARMA TECHNOLOGIES, LLC TO FILE    Page 2
A REPLY IN SUPPORT OF ITS MOTION TO DISMISS OR, IN THE
ALTERNATIVE, FOR MORE DEFNIITE STATEMENT

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: November __22__, 2011

BY THE COURT:

_____
The Honorable Elizabeth D. Laporte
U.S. District Court Magistrate Judge

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME FOR KARMA TECHNOLOGIES, LLC TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR MORE DEFNIITE STATEMENT

Case No. 3:11-CV-04621-EDL
Page 3