1

GREENBERG TRAURIG, LLP
Kurt A. Kappes, CA Bar No. 146384

2

kappesk@gtlaw.com
Matthew L. Reagan, CA Bar No. 261832

3

reaganma@gtlaw.com
1201 K Street, Suite 1100

4

Sacramento, California 95814
Telephone:  (916) 442-1111

5

Facsimile:  (916) 448-1709

6

ANDERSON & KARRENBERG
Thomas R. Karrenberg (*admitted pro hac vice*)

7

tkarrenberg@aklawfirm.com
Heather M. Sneddon (*admitted pro hac vice*)

8

hsneddon@aklawfirm.com
Samantha J. Slark (*admitted pro hac vice*)

9

sslark@aklawfirm.com
50 West Broadway, Suite 700

10

Salt Lake City, Utah  84101
Telephone: (801) 534-1700

11

Facsimile: (801) 364-7697

12

Attorneys for Defendant
KARMA TECHNOLOGIES, LLC

13

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| BRADFORD TECHNOLOGIES, INC., | Case No. 3:11-CV-04621 (EDL) |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF TIME FOR KARMA TECHNOLOGIES, LLC TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR MORE DEFINITE STATEMENT |
| v. | |
| NCV SOFTWARE.com, an entity of unknown form; METRO NATIONAL FINANCIAL, LLC, a Utah limited liability company, KARMA TECHNOLOGIES, LLC, a Utah limited liability company, JOHN DAVID BIGGERS, an individual, RODNEY NEWMAN, an individual, RICHARD PETER STEVES, an individual, RICHARD FRANK, an individual, and DOES 1-50, | Date:   December 13, 2011 Time:  2:00 p.m. Dept./Place:  Courtroom E – 15th Floor Judge:  Magistrate Judge Elizabeth D. Laporte |
| Defendants. | |

25

26

    Defendant Karma Technologies, LLC ("Karma"), by and through its undersigned

27

counsel, hereby requests an extension of time to file a reply memorandum in support of its

28

Motion to Dismiss or, in the Alternative, for More Definite Statement (the "Motion to Dismiss").

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR
EXTENSION OF TIME FOR KARMA TECHNOLOGIES, LLC TO FILE
A REPLY IN SUPPORT OF ITS MOTION TO DISMISS OR, IN THE
ALTERNATIVE, FOR MORE DEFNIITE STATEMENT

Case No. 3:11-CV-04621-EDL
Page 1

1   The reply is currently due on Wednesday, November 23, 2011 (the day before Thanksgiving),

2   and Karma requests an extension until November 30, 2011.

3        As set forth in the Declaration of Heather M. Sneddon, filed concurrently herewith,

4   Karma requests the foregoing extension in light of the Thanksgiving holiday and the previously-

5   scheduled family vacations of its attorneys.  Karma has not previously requested an extension of

6   time by stipulation or through Court order.  In addition, because the hearing on Karma's Motion

7   to Dismiss is not scheduled until December 13, 2011, the filing of Karma's reply memorandum

8   by November 30, 2011 should not affect the schedule in this case.  Finally, Plaintiff Bradford

9   Technologies, LLC, through its undersigned counsel, stipulates to Karma's requested extension.

10       Accordingly, Karma respectfully requests that it be granted an extension until November

11  30, 2011 to file a reply memorandum in support of its Motion to Dismiss.

12                                          Respectfully submitted,

13  DATED: November 22, 2011               GREENBERG TRAURIG, LLP

14
                                           By: /s/  Matthew L. Reagan
15

16                                         - and -

17                                         ANDERSON & KARRENBERG
                                           Thomas R. Karrenberg
18                                         Heather M. Sneddon
                                           Samantha J. Slark
19
                                           Attorneys for Defendant
20                                         KARMA TECHNOLOGIES, LLC

21
                                           Stipulated:
22
23  DATED: November 22, 2011               THE HERITAGE LAW GROUP, P.C.

24                                         By: /s/  Roger D. Wintle

25                                         Attorneys for Plaintiff
                                           BRADFORD TECHNOLOGIES, INC.
26

27

28
---
[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR          Case No. 3:11-CV-04621-EDL
EXTENSION OF TIME FOR KARMA TECHNOLOGIES, LLC TO FILE      Page 2
A REPLY IN SUPPORT OF ITS MOTION TO DISMISS OR, IN THE
ALTERNATIVE, FOR MORE DEFNIITE STATEMENT

1

<u>**ORDER**</u>

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

DATED:  November ___22___, 2011

4

BY THE COURT:

5

6

*Elizabeth D. Laporte*

7

The Honorable Elizabeth D. Laporte
U.S. District Court Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR                    Case No. 3:11-CV-04621-EDL
EXTENSION OF TIME FOR KARMA TECHNOLOGIES, LLC TO FILE                            Page 3
A REPLY IN SUPPORT OF ITS MOTION TO DISMISS OR, IN THE
ALTERNATIVE, FOR MORE DEFNIITE STATEMENT