1  Roger D. Wintle (SBN 142484)
   **THE HERITAGE LAW GROUP, A P.C.**
2  152 North Third Street
3  San Jose, California 95112
   Tel: (408) 993-2100
4  Fax: (408) 993-2101
   Email: rdw@hlgusa.com
5
   Attorney for Plaintiff
6  BRADFORD TECHNOLOGIES, INC.
7
   GREENBERG TRAURIG, LLP
8  Kurt A. Kappes, CA Bar No. 146384
   kappesk@gtlaw.com
9  Matthew L. Reagan, CA Bar No. 261832
   reaganma@gtlaw.com
10 1201 K Street, Suite 1100
   Sacramento, California 95814
11 Telephone:  (916) 442-1111
   Facsimile:  (916) 448-1709
12
   ANDERSON & KARRENBERG
13 Thomas R. Karrenberg (*admitted pro hac vice*)
   tkarrenberg@aklawfirm.com
14 Heather M. Sneddon (*admitted pro hac vice*)
   hsneddon@aklawfirm.com
15 Samantha J. Slark (*admitted pro hac vice*)
   sslark@aklawfirm.com
16 50 West Broadway, Suite 700
   Salt Lake City, Utah  84101
17 Telephone: (801) 534-1700
   Facsimile: (801) 364-7697
18
   Attorneys for Defendants
19 METRO NATIONAL FINANCIAL, LLC
   KARMA TECHNOLOGIES, LLC
20 RODNEY NEWMAN
   JOHN DAVID BIGGERS
21 NCV SOFTWARE

22                    UNITED STATES DISTRICT COURT

23                    NORTHERN DISTRICT OF CALIFORNIA

24 | BRADFORD TECHNOLOGIES, INC.,    ) Case No. 3:11-CV-04621 (EDL)
                                     )
25 |          Plaintiff,              ) **STIPULATION AND ORDER TO STAY**
        v.                           ) **LITIGATION FOR ADDITIONAL 90**
26 |                                  ) **DAYS AS MODIFIED**
   NCV SOFTWARE.com, et al.,         )
27 |                                  )
             Defendants.             )
28 _____

---

STIPULATION AND ORDER TO STAY LITIGATION              Case No. 3:11-CV-04621-EDL
FOR ADDITIONAL 90 DAYS                                                    Page 1

WHEREAS, Plaintiff Bradford Technologies, Inc. ("Plaintiff") and Defendants Metro National Financial, LLC ("Metro Financial"), Karma Technologies, LLC ("Karma"), Rodney Newman ("Newman"), John David Biggers ("Biggers") and NCV Software (collectively, "Defendants") (representing all defendants who have been served in this matter), have agreed to participate in private mediation of this matter before a neutral;

WHEREAS, the parties have tentatively scheduled a mediation with the Hon. Jamie Jacobs-May with Judicial Arbitration and Mediation Services on June 15, 2012;

WHEREAS, the parties wish to avoid the burden and expense of the litigation pending the outcome of their private mediation;

IT IS HEREBY STIPULATED and AGREED by and between the foregoing parties in this matter, through their respective counsel of record, as follows:

1. This action should be stayed until July 15, 2012, to permit the parties to retain experts to review and compare the source code, software platform and other information relative or germane to the issues raised in this case and to participate in private mediation before a neutral.

2. If the stay is entered, then the scheduled April 24, 2012 hearing before the court shall be vacated. The motions to dismiss filed by Defendants Metro Financial, Newman and Karma, as well as the case management conference before the Court, shall be continued to a date to be set at a later time (but not during the pendency of the stay).

3. The parties have agreed upon an appropriate form of protective order, which shall be submitted to the court.

4. Any party may request an order from the Court to modify or lift this stay upon good cause after consultation with counsel for the other parties to this action.

**IT IS SO STIPULATED.**

Dated: April 16, 2012                            THE HERITAGE LAW GROUP

                                                 /s/ ROGER D. WINTLE
                                                 _____

                                                 Roger D. Wintle
                                                 Attorney for Plaintiff: Bradford Technologies, Inc

Dated: April 16, 2012                            ANDERSON & KARRENBERG, P.C.


                                                 By:    /s/ Heather M. Sneddon
                                                 _____

                                                 - and -

                                                 GREENBERG TRAURIG, LLP
                                                 Kurt A. Kappes
                                                 Matthew L. Reagan

                                                 Attorneys for Defendants
                                                 METRO NATIONAL FINANCIAL, LLC
                                                 KARMA TECHNOLOGIES, LLC
                                                 RODNEY NEWMAN
                                                 JOHN DAVID BIGGERS
                                                 NCV SOFTWARE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Initial Case Management Conference is continued to July 17, 2012 at 10:00 a.m. Updated Case Management Conference Statements are due by July 10, 2012.

Dated: April 19, 2012                            _____
                                                 ELIZABETH D. LAPORTE

*IT IS SO ORDERED AS MODIFIED*
*Judge Elizabeth D. Laporte*