Roger D. Wintle (SBN 142484)
**THE HERITAGE LAW GROUP, A P.C.**
152 North Third Street
San Jose, California 95112
Tel: (408) 993-2100
Fax: (408) 993-2101
Email: rdw@hlgusa.com

Attorney for Plaintiff
BRADFORD TECHNOLOGIES, INC.

GREENBERG TRAURIG, LLP
Kurt A. Kappes, CA Bar No. 146384
kappesk@gtlaw.com
Matthew L. Reagan, CA Bar No. 261832
reaganma@gtlaw.com
1201 K Street, Suite 1100
Sacramento, California 95814
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709

ANDERSON & KARRENBERG
Thomas R. Karrenberg (*admitted pro hac vice*)
tkarrenberg@aklawfirm.com
Heather M. Sneddon (*admitted pro hac vice*)
hsneddon@aklawfirm.com
Samantha J. Slark (*admitted pro hac vice*)
sslark@aklawfirm.com
50 West Broadway, Suite 700
Salt Lake City, Utah  84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

Attorneys for Defendants
METRO NATIONAL FINANCIAL, LLC
KARMA TECHNOLOGIES, LLC
RODNEY NEWMAN
JOHN DAVID BIGGERS
NCV SOFTWARE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRADFORD TECHNOLOGIES, INC., | ) | Case No. 3:11-CV-04621 (EDL) |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO STAY** |
| v. | ) | **LITIGATION FOR ADDITIONAL 90** |
| | ) | **DAYS AS MODIFIED** |
| NCV SOFTWARE.com, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

WHEREAS, Plaintiff Bradford Technologies, Inc. ("Plaintiff") and Defendants Metro National Financial, LLC ("Metro Financial"), Karma Technologies, LLC ("Karma"), Rodney Newman ("Newman"), John David Biggers ("Biggers") and NCV Software (collectively, "Defendants") (representing all defendants who have been served in this matter), have agreed to participate in private mediation of this matter before a neutral;

WHEREAS, the parties have tentatively scheduled a mediation with the Hon. Jamie Jacobs-May with Judicial Arbitration and Mediation Services on June 15, 2012;

WHEREAS, the parties wish to avoid the burden and expense of the litigation pending the outcome of their private mediation;

IT IS HEREBY STIPULATED and AGREED by and between the foregoing parties in this matter, through their respective counsel of record, as follows:

1.      This action should be stayed until July 15, 2012, to permit the parties to retain experts to review and compare the source code, software platform and other information relative or germane to the issues raised in this case and to participate in private mediation before a neutral.

2.      If the stay is entered, then the scheduled April 24, 2012 hearing before the court shall be vacated.  The motions to dismiss filed by Defendants Metro Financial, Newman and Karma, as well as the case management conference before the Court, shall be continued to a date to be set at a later time (but not during the pendency of the stay).

3.      The parties have agreed upon an appropriate form of protective order, which shall be submitted to the court.

4.      Any party may request an order from the Court to modify or lift this stay upon good cause after consultation with counsel for the other parties to this action.

1

**IT IS SO STIPULATED.**

2

3

Dated: April 16, 2012

THE HERITAGE LAW GROUP

4

/S/ ROGER D. WINTLE

5

_____

6

Roger D. Wintle
Attorney for Plaintiff: Bradford Technologies, Inc

7

8

Dated:  April 16, 2012

ANDERSON & KARRENBERG, P.C.

9

10

By:_____/s/  Heather M. Sneddon_____

11

12

- and -

13

GREENBERG TRAURIG, LLP
Kurt A. Kappes
Matthew L. Reagan

14

15

Attorneys for Defendants
METRO NATIONAL FINANCIAL, LLC
KARMA TECHNOLOGIES, LLC
RODNEY NEWMAN
JOHN DAVID BIGGERS
NCV SOFTWARE

16

17

18

19

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

20

The Initial Case Management Conference is continued to July 17, 2012 at 10:00 a.m. Updated Case Management Conference Statements are due by July 10, 2012.

21

22

Dated: ___April 19, 2012_____

23

ELIZABETH D.

IT IS SO ORDERED
AS MODIFIED
Judge Elizabeth D. Laporte

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

24

25

26

27

28