Roger D. Wintle (SBN 142484)
Jill R. Schachter (SBN 278100)
THE HERITAGE LAW GROUP, A P.C.
152 North Third Street
San Jose, California 95112
Tel: (408) 993-2100
Fax: (408) 993-2101
Email: rdw@hlgusa.com

Attorney for Plaintiff:
BRADFORD TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD TECHNOLOGIES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>NCV SOFTWARE.com, an entity of unknown form; METRO NATIONAL FINANCIAL, LLC, a Utah limited liability company, KARMA TECHNOLOGIES, LLC., a Utah limited liability company, JOHN DAVID BIGGERS, an individual, RODNEY NEWMAN, an individual, RICHARD PETER STEVES, an individual, RICHARD FRANK, an individual and DOES 1-50,<br><br>Defendants. | Case No. 3:11-CV-04621<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO ALLOW LATE FILING OF OPPOSITIONS TO METRO NATIONAL FINANCIAL, LLC AND RODNEY NEWMAN'S RENEWED MOTIONS TO DISMISS<br><br>Date:<br>Dept: Courtroom E – 15th Floor<br>Judge: Magistrate Judge Elizabeth D. Laporte |

The Ex Parte Motion of Plaintiff Bradford Technologies, Inc. came before the Honorable Elizabeth D. Laporte, Magistrate Judge of the Northern District of California Federal Court, in Courtroom E of this Court, located at 450 Golden Gate Ave., San Francisco, CA.

The Court having considered Plaintiff's Ex Parte Motion to Allow Late Filing of Oppositions to Metro National Financial, LLC and Rodney Newman's Renewed Motions to Dismiss, and upon no objection received by the Court from any party, finds the following:

GOOD CAUSE APPEARING TO THE COURT,

IT IS HEREBY ORDERED THAT Plaintiffs Ex Parte Motion to Allow Late Filing of Oppositions to Metro National Financial, LLC and Rodney Newman's Renewed Motions to Dismiss is granted. Defendants' replies are due on November 15, 2012 and the hearing on the motion remains on December 4, 2012.

Date: November 8, 2012



JUDGE OF THE FEDERAL COURT