Roger D. Wintle (SBN 142484)
Jill R. Schachter (SBN 278100)
**THE HERITAGE LAW GROUP, A P.C.**
152 North Third Street
San Jose, California 95112
Tel: (408) 993-2100
Fax: (408) 993-2101
Email: rdw@hlgusa.com; jrs@hlgusa.com

Attorneys for Plaintiff
BRADFORD TECHNOLOGIES, INC.

GREENBERG TRAURIG, LLP
Kurt A. Kappes, CA Bar No. 146384
kappesk@gtlaw.com
Michael D. Lane, CA Bar No. 239517
lanemd@gtlaw.com
Gregory G. Sperla, CA Bar No. 278062
sperlag@gtlaw.com
1201 K Street, Suite 1100
Sacramento, California 95814
Telephone: (916) 442-1111
Facsimile: (916) 448-1709

ANDERSON & KARRENBERG
Thomas R. Karrenberg (*admitted pro hac vice*)
tkarrenberg@aklawfirm.com
Heather M. Sneddon (*admitted pro hac vice*)
hsneddon@aklawfirm.com
Samantha J. Slark (*admitted pro hac vice*)
sslark@aklawfirm.com
50 West Broadway, Suite 700
Salt Lake City, Utah 84101
Telephone: (801) 534-1700
Facsimile: (801) 364-7697

Attorneys for Defendants
METRO NATIONAL FINANCIAL, LLC
KARMA TECHNOLOGIES, LLC
RODNEY NEWMAN
JOHN DAVID BIGGERS
NCV SOFTWARE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD TECHNOLOGIES, INC., <br><br> Plaintiff, <br> v. <br><br> NCV SOFTWARE.com, et al., <br><br> Defendants. | Case No. 3:11-CV-04621 (EDL) <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE PLAINTIFF'S COPYRIGHT INFRINGEMENT CLAIM FOR RELIEF FROM FIRST AMENDED COMPLAINT** |

WHEREAS, Plaintiff Bradford Technologies, Inc. ("Plaintiff") and Defendants Metro National Financial, LLC ("Metro Financial"), Karma Technologies, LLC ("Karma"), Rodney Newman ("Newman"), John David Biggers ("Biggers") and NCV Software (collectively, "Defendants"), have agreed to a dismissal with prejudice of the copyright infringement claim for relief from Plaintiff's First Amended Complaint;

WHEREAS, Plaintiff did not file for copyright protection before filing the instant lawsuit, which bars the copyright infringement claim for relief;

WHEREAS, a unilateral dismissal of less than all of the claims involved cannot be accomplished under Federal Rule of Civil Procedure 41(a) unless a stipulation is signed by all parties to the action, or by order of court. *Wilson v. Crouse-Hinds Co.*, 556 F.2d 870 (1977, CA8 Iowa).

IT IS HEREBY STIPULATED and AGREED by and between the foregoing parties in this matter, through their respective counsel of record, as follows:

1. Plaintiff's Copyright Infringement claim for relief, included in paragraphs 61 through 75, shall be, and hereby is, dismissed with prejudice from Plaintiff's First Amended Complaint.

**IT IS SO STIPULATED.**

Dated: December 5, 2012                THE HERITAGE LAW GROUP

By: /s/ Roger D. Wintle

Attorneys for Plaintiff: Bradford Technologies, Inc.

Dated: December 5, 2012                ANDERSON & KARRENBERG, P.C.

By: /s/ Heather M. Sneddon

- and -

GREENBERG TRAURIG, LLP
Kurt A. Kappes
Michael D. Lane
Gregory G. Sperla

Attorneys for Defendants

METRO NATIONAL FINANCIAL, LLC
KARMA TECHNOLOGIES, LLC
RODNEY NEWMAN
JOHN DAVID BIGGERS
NCV SOFTWARE

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 5, 2012

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge