IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD TECHNOLOGIES, INC, | No. C 11-04621 EDL |
| Plaintiff, | **ORDER ADOPTING SOURCE CODE PROTECTIONS** |
| v. | |
| NCV SOFTWARE.COM, et al., | |
| Defendants. / | |

At a hearing held on June 25, 2013, the Court denied Defendants' request for terminating sanctions and indicated that additional monetary and evidentiary sanctions were appropriate. A written ruling regarding sanctions is forthcoming. However, the parties should notify the Court by August 13, 2013, if they can resolve the amount of monetary sanctions and whether they agree to mediation.

The Court also ordered the parties to file a joint statement. In this statement, Plaintiff submits that it is amenable to mediation after its expert, Sandeep Chatterjee, has had the opportunity to review and compare Defendants' source code with Plaintiff's code. Defendant requests that the Court impose additional protections with respect to any production of its source code. Plaintiff objects to some of these protections.

Having considered the parties' positions, the Court adopts Defendants' additional protections regarding source code, as set forth on pages 3 and 4 of the parties' July 9, 2013, Joint Response (Dkt. 161), with the exception that Defendants may not object to Dr. Chatterjee based on his previous service as an expert regarding sanctions in this case. If Defendants object to Dr. Chatterjee on other grounds, they must do so within seven days, and if the parties cannot resolve the issue, they must file a joint statement explaining their positions within one week of any objections.

If necessary, the Court will hold a Further Case Management Conference on August 27, 2013 at 10:00 a.m., 450 Golden Gate Ave., Courtroom E, 15th Floor, San Francisco, California, to discuss the stay in this case and whether and when to set any mediation.

**IT IS SO ORDERED.**

Dated: July 29, 2013

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge