United States District Court
For the Northern District of California

1
2
3
4
5 IN THE UNITED STATES DISTRICT COURT
6 FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8 BRADFORD TECHNOLOGIES, INC,            No. C 11-04621 EDL
9     Plaintiff,                          **ORDER REGARDING BRIEFING SCHEDULE**
10 v.
11 NCV SOFTWARE.COM, et al.,
12     Defendants.
                                     /
13

14    At the Further Case Management Conference held on August 27, 2013, Plaintiff requested

15 that the Court set a briefing schedule and hearing date for its Motion for Joinder (Dkt. 108). The

16 Court ordered the parties to meet and confer regarding these issues. Having received the parties'

17 positions, the Court orders that Defendants' opposition to the Motion for Joinder is due September

18 11, 2013, and Plaintiff's Reply is due September 18, 2013. The Court further orders Plaintiff to file

19 a proposed amended pleading by September 4, 2013.

20    The Court will hold a hearing on Plaintiff's motion on October 9, 2013 at 10:00 a.m., 450

21 Golden Gate Ave., Courtroom E, 15th Floor, San Francisco, California.

22    **IT IS SO ORDERED.**

23 Dated:  August 30, 2013

24                                     ELIZABETH D. LAPORTE
                                       United States Magistrate Judge
25
26
27
28