United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRADFORD TECHNOLOGIES, INC,

Plaintiff,

v.

NCV SOFTWARE.COM, et al.,

Defendants.

_____/

No. C 11-04621 EDL

**ORDER REGARDING BRIEFING SCHEDULE**

At the Further Case Management Conference held on August 27, 2013, Plaintiff requested that the Court set a briefing schedule and hearing date for its Motion for Joinder (Dkt. 108). The Court ordered the parties to meet and confer regarding these issues. Having received the parties' positions, the Court orders that Defendants' opposition to the Motion for Joinder is due September 11, 2013, and Plaintiff's Reply is due September 18, 2013. The Court further orders Plaintiff to file a proposed amended pleading by September 4, 2013.

The Court will hold a hearing on Plaintiff's motion on October 9, 2013 at 10:00 a.m., 450 Golden Gate Ave., Courtroom E, 15th Floor, San Francisco, California.

**IT IS SO ORDERED.**

Dated:   August 30, 2013

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge