IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRADFORD TECHNOLOGIES, INC.,   No. C -11-04621(EDL)

    Plaintiff,   **ORDER**

v.

JOHN-DAVID BIGGERS,

    Defendant.

    This matter is hereby referred to Magistrate Judge Laurel Beeler to conduct a settlement conference on November 10, 2014.

**IT IS SO ORDERED.**

Dated: September 11, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge