UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD TECHNOLOGIES, INC.<br>        Plaintiff,<br><br>   vs.<br><br>NCV SOFTWARE.COM, et al.<br><br>        Defendants. | Case Number: 11-cv-04621 EDL (LB )<br><br>**ORDER APPOINTING COUNSEL** |

    Because the Defendant John-David Biggers has requested and is in need of counsel to assist him in this matter and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Christian Mammen and Helen Trac of Hogan Lovells US LLP are hereby appointed as counsel for Mr. Biggers in this matter.

    The scope of this referral shall be for:

☐ all purposes for the duration of the case

☒ the limited purpose of representing the litigant in the course of

    ☐ mediation

    ☐ early neutral evaluation

    ☒ settlement conference

    ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____

    ☐ discovery as follows:

    ☐ other:

    All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

    IT IS SO ORDERED.

Dated: November 21, 2014

                                                United States Magistrate Judge Laurel Beeler