UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| BRADFORD TECHNOLOGIES, INC.,<br><br>           Plaintiff,<br>      v.<br><br>NCV SOFTWARE.COM, *et al.*,<br><br>           Defendants.<br>_____/ | No. C 11-04621 EDL (LB)<br><br>**ORDER SETTING SETTLEMENT CONFERENCE** |

The court sets a mandatory in-person settlement conference for Tuesday, December 16, 2014, at 10:00 a.m. The parties must appear in person. The court encourages ongoing negotiations in this interim period. The parties may email any update to the court's orders box at lbpo@cand.uscourts.gov no later than Monday, December 15, 2014, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: December 4, 2014

_____
LAUREL BEELER
United States Magistrate Judge

ORDER (C 11-04621 EDL (LB))